UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00248 KGB |
| | ) | |
| v. | ) | 18 U.S.C. §§ 922(o) and 924(a)(2) |
| | ) | |
| DRESHAUN CANELLE DOYNE and | ) | |
| ISAIAH NEANDRE WALLS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about September 27, 2023, in the Eastern District of Arkansas, the defendants,

DRESHAUN CANELLE DOYNE and
ISAIAH NEANDRE WALLS,

knowingly possessed a machinegun, that is: a Glock, model 24, .40 caliber, handgun, bearing serial number AUU408US, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendants, DRESHAUN CANELLE DOYNE and ISAIAH NEANDRE WALLS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to: a Glock, model 24, .40 caliber, handgun, bearing serial number AUU408US.

1

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendants, DRESHAUN CANELLE DOYNE and ISAIAH NEANDRE WALLS, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872(a), all firearms involved in the violation, including but not limited to: a Glock, model 24, .40 caliber, handgun, bearing serial number AUU408US.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]