UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America                                                                 Plaintiff

v.                              Case No.: 4:23–cr–00248–KGB

Dreshaun Canelle Doyne                                                                Defendant

_____

# NOTICE OF HEARING

    PLEASE take notice that a Bond Hearing has been set in this case for October 11, 2023, at 10:00 AM before Magistrate Judge Patricia S. Harris in Little Rock Courtroom # 1B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** October 5, 2023                                     AT THE DIRECTION OF THE COURT
                                                                                                 TAMMY H. DOWNS, CLERK

                                                                                                 **By:** Colleen F. DuBose, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas